# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA C. M.,[1] <br> Plaintiff, <br> v. <br> ANDREW SAUL, Commissioner of Social Security, <br> Defendant. | Case No. CV 20-01339 RAO <br><br> **JUDGMENT OF REMAND** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed as to Plaintiff's Title XVI SSI claim, and the matter is

///
///
///
///

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: July 6, 2021

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE